## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RUSSELL VANEK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:09CV18** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **UNUM LIFE INSURANCE COMPANY** | ) | |
| **OF AMERICA and** | ) | |
| **CONVERGYS CORPORATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the parties' Joint Motion to Extend Deadline for Motions for Summary Judgment (Filing No. 19).  The parties seek an extension of all deadlines pending the resolution of the plaintiff's social security disability appeal.  Upon consideration and for good cause shown,

**IT IS ORDERED:**

1.     The parties' Joint Motion to Extend Deadline for Motions for Summary Judgment (Filing No. 19) is granted.

2.     Counsel shall file a joint status report concerning the status of this case on **March 5, 2010**, such report to include counsel's position(s) concerning whether the stay should continue in effect or when the parties would be prepared to file motions for summary judgment and proceed to trial.

Dated this 14th day of October, 2010.

BY THE COURT:


 s/ Thomas D. Thalken
United States Magistrate Judge