# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUSSELL VANEK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV18 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNUM LIFE INSURANCE COMPANY | ) | |
| OF AMERICA and | ) | |
| CONVERGYS CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' request to continue the stay on this case for sixty (60) days to obtain required information and possible settlement negotiations. Upon consideration,

**IT IS ORDERED:**

1. The stay per Order (Filing No. 20) is continued.
2. Counsel shall file a joint status report concerning the status of this case on **May 7, 2010**, such report to include counsel's position(s) concerning whether the stay should continue in effect or when the parties would be prepared to proceed to trial.

Dated this 9th day of March, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge