# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RUSSELL VANEK,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CV18 |
| vs. | ) | |
| | ) | ORDER |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA,** | ) ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge on July 29, 2010, by Steven D. Davidson, counsel for the defendant,

**IT IS ORDERED that:**

1. **On or before August 27, 2010**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The July 29, 2010, telephone status conference is cancelled upon the representation that this case is settled.

DATED this 29th day of July, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge