# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUSSELL VANEK,<br><br>    Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, and CONVERGYS CORPORATION,<br><br>    Defendants. | Case No. 8:09CV18<br><br>**ORDER OF DISMISSAL** |

**THIS MATTER** came on to be heard this 3rd day of September, 2010, upon the stipulation of the parties for a dismissal with prejudice.  The Court being fully advised in the premises finds that such Order should issue.

**IT IS THEREFORE ORDERED** that the above-entitled matter is dismissed with prejudice, each party to pay their own costs.

Dated this 3rd day of September, 2010.

BY THE COURT

By:  /s Joseph F. Bataillon, Chief Judge
     District of Nebraska

DOCS/994102.1